FILED

DEC 22 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MARROQUIN, H-62380 | No. C 11-00633 CRB (PR) |
| Plaintiff, | ORDER |
| v. | (Docket # 13) |
| S. ESPARZA, et al., | |
| Defendants. | |

Good cause appearing, plaintiff's request for an extension of time to file a second amended complaint is GRANTED. Plaintiff shall file an amended complaint by no later than January 20, 2012.

No further extensions of time will be granted.

The clerk shall terminate the motion in docket number 13.

SO ORDERED.

DATED: DEC 22 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Marroquin, M.11-0633.eot.sac.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARROQUIN et al,

        Plaintiff,

v.

ESPARZA et al,

        Defendant.

Case Number: CV11-00633 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marco Marroquin H-62380
Pleasant Valley State Prison
C3-130 L
P.O. Box 8500
Coalinga, CA 93210

Dated: December 22, 2011

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero, Deputy Clerk