IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO MARROQUIN, H-62380,  )
         Plaintiff(s),  )  No. C 11-0633 CRB (PR)
  vs.  )  (9th Cir. No. 13-15493)
S. ESPARZA, et al.,  )  ORDER
         Defendant(s).  )

This matter has been referred to this court by the Ninth Circuit for the limited purpose of determining whether in forma pauperis (IFP) status should continue on appeal, or whether the appeal is frivolous or taken in bad faith. See 28 U.S.C. § 1915(a)(3).

The court finds that the appeal is frivolous and revokes IFP status. See Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of IFP status appropriate where district court finds appeal is frivolous).

The clerk shall serve a copy of this order on the parties and the Ninth Circuit.

SO ORDERED.

DATED: March 25, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Marroquin, M.11-0633.appeal.wpd